# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

ADRIANA PATRICIA
ARIAS JHONSON,
ANGÉLICA MARÍA
HENAO BUITRAGO,
NAIRA YOHANA CAÑA
SANTIAGO,
LAURA VANESSA
GIRALDO PARRA,
ANGIE DANIELA GÓMEZ
OVIEDO,
EMANUEL SANTIAGO
GAMBOA PINEDA,
DAPNE YOHANA PINEDA,
ADRIANA LÓPEZ
ESPINOZA,
LADY PAOLA REYES
RODRÍGUEZ, and
ANGÉLICA MARÍA
CARDONA CARDONA,

    Plaintiffs,

v.

BY THE SEA RESORTS,
INC.,
d/b/a SURFSIDE
COMMERCIAL
LAUNDRY,
a corporation of the State of
Florida,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

_____

## VERIFIED COMPLAINT AND JURY DEMAND

Plaintiffs, by and through undersigned counsel, file this Verified Complaint and Jury Demand

against Defendant by the Sea Resorts, Inc., doing business as Surfside Commercial Laundry, a

corporation of the State of Florida, and allege as follows:

## I. NATURE OF THE ACTION

1. This is a civil action for damages and other relief arising from Defendant's recruitment of Colombian nationals under the H-2B temporary worker program and their subsequent employment at Defendant's industrial laundry operation in 940 N. Poplar Foley, Alabama 36567. Plaintiffs state that Defendant By the Sea Resorts, Inc., doing business as Surfside Commercial Laundry, is a corporation of the State of Florida. Based on a review through the Alabama Secretary of State corporate records, Plaintiffs have not been able to locate a record showing that Defendant is registered to do business in the State of Alabama. Plaintiffs' review indicates that Defendant's corporate office/headquarters is located at 170 Griffin Boulevard, Panama City, Florida 32413.

2. Plaintiffs are all older than nineteen (19) years of age. Plaintiffs allege Defendant induced them to travel to the United States through material misrepresentations and omissions regarding wages, guaranteed hours, deductions, housing, transportation costs, workplace conditions, and related terms of employment.

3. Plaintiffs further allege Defendant maintained work and living conditions that Plaintiffs describe as coercive, unsafe, financially exploitative, and inconsistent with the representations made during recruitment and onboarding.

## II. JURISDICTION AND VENUE

4. This Court has federal question jurisdiction under 28 U.S.C. § 1331 because Plaintiffs assert claims under the Fair Labor Standards Act ('FLSA'), 29 U.S.C. § 201 et seq., and the Trafficking Victims Protection Reauthorization Act ('TVPRA'), 18 U.S.C. §§ 1589 and 1595.

5. This Court has supplemental jurisdiction over related state-law claims under 28 U.S.C. § 1367.

1

6. Venue is proper in this District under 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to these claims occurred in this District, including work performed at Defendant's Foley, Alabama facility and the housing and transportation arrangements tied to that work.

### III. PARTIES

A. Plaintiffs

7. Plaintiffs are Colombian nationals recruited for temporary work in the United States and placed to work at Defendant's Foley, Alabama laundry operation. Each Plaintiff is older than nineteen (19) years of age.

8. Plaintiffs are:

a. Plaintiff Adriana Patricia Arias Jhonson, who is older than nineteen (19) years of age;

b. Plaintiff Angélica María Henao Buitrago, who is older than nineteen (19) years of age;

c. Plaintiff Naira Yohana Caña Santiago, who is older than nineteen (19) years of age;

d. Plaintiff Laura Vanessa Giraldo Parra, who is older than nineteen (19) years of age;

e. Plaintiff Angie Daniela Gómez Oviedo, who is older than nineteen (19) years of age;

f. Plaintiff Emanuel Santiago Gamboa Pineda, who is older than nineteen (19) years of age;

g. Plaintiff Dapne Yohana Pineda, who is older than nineteen (19) years of age;

h. Plaintiff Adriana López Espinoza, who is older than nineteen (19) years of age;

i. Plaintiff Lady Paola Reyes Rodríguez, who is older than nineteen (19) years of age; and

j. Plaintiff Angélica María Cardona Cardona, who is older than nineteen (19) years of age.

9. Each Plaintiff's identifying information, including date of birth, passport information, and current address, may be provided in Exhibit A and filed redacted or under seal to protect privacy and immigration-related identifiers.

B. Defendant

10. Defendant By the Sea Resorts, Inc., doing business as Surfside Commercial Laundry, a corporation of the State of Florida ('Defendant' or 'Surfside'), owns and/or operates an industrial laundry located in Foley, Alabama, and employed Plaintiffs during the relevant time period. Plaintiffs' review indicates that Defendant's corporate office/headquarters is located at 170 Griffin Boulevard, Panama City, Florida 32413.

11. At all relevant times, Defendant acted by and through its officers, managers, supervisors, agents, and employees, each acting within the course and scope of employment and/or agency.

## IV. FACTUAL ALLEGATIONS

A. Recruitment and Inducement

12. Defendant by and through its agents, representatives or employees recruited Plaintiffs in Colombia for temporary work in the United States, representing that Plaintiffs would receive lawful employment with stated wage rates and hours, and that costs for housing and transportation would be reasonable and disclosed in advance.

13. During recruitment and onboarding, Plaintiffs were informed or led to believe that they would be paid approximately $13.01 per hour, would receive guaranteed minimum weekly hours commonly described as thirty-five (35) hours per week, would receive employer-arranged housing and transportation at modest or disclosed cost, would receive proper training and safe working conditions, and would receive transparent wage and deduction information.

B. Travel and Arrival

15. Plaintiffs traveled from Colombia to the United States as part of the job placement and were transported into Alabama to begin work.

16. Plaintiffs allege Defendant controlled or substantially influenced key logistics related to arrival, orientation, housing placement, and transportation necessary to maintain employment.

C. Employer-Controlled Housing and Deductions

17. Defendant arranged or controlled Plaintiffs' housing in 400 Park Place Foley, Alabama 36535, including placement into apartment units shared by multiple workers.

18. Plaintiffs allege the housing was overcrowded and/or lacked basic items and safe conditions represented during recruitment.

19. Plaintiffs allege Defendant imposed weekly housing charges deducted from pay and that the deductions were excessive in relation to conditions provided and/or were not meaningfully agreed to in a transparent manner.

D. Transportation Charges and Dependency

20. Plaintiffs allege Defendant arranged transportation to and from work or controlled the means by which workers could access transportation.

21. Plaintiffs allege transportation charges increased from what was initially represented, and in some periods, transportation was unreliable or threatened to be withheld.

22. Plaintiffs allege their ability to remain lawfully employed and housed was tied to continuing work for Defendant, which created heightened dependency and vulnerability.

E. Working Conditions

4

23. Plaintiffs performed industrial laundry work involving large machinery, high heat, extended standing, and fast production demands.

24. Plaintiffs allege conditions included limited rest periods, inadequate ventilation, inadequate hydration access, inadequate training on machinery, and lack of appropriate protective equipment for heat and other hazards.

25. Plaintiffs allege Defendant maintained production demands and supervision practices that discouraged or penalized workers who sought rest, hydration, or reporting of unsafe conditions.

F. Pay Practices and Lack of Transparency

26. Plaintiffs allege pay was delayed for certain workers and that pay information, including hours, deductions, and paystubs, was not consistently provided in a manner that allowed workers to verify accuracy.

27. Plaintiffs allege Defendant took deductions for housing, transportation, and statutory withholdings in a manner that substantially reduced take-home pay, was not clearly explained, and caused economic and non-economic harm, including stress, anxiety, humiliation, fear, unexpected costs, and loss of expected earnings.

V. CLAIMS FOR RELIEF

COUNT I - FAIR LABOR STANDARDS ACT (FLSA), 29 U.S.C. § 201 ET SEQ.

28. Plaintiffs reallege and incorporate paragraphs 1 through 27 as if fully stated herein and allege that Defendant was an employer under the FLSA, Plaintiffs were employees, and Defendant failed to pay all wages required by law, including through delayed pay, unlawful deductions, and/or failure to pay overtime premiums for hours worked in excess of forty (40) in a workweek, to the extent proven by time and payroll records. Plaintiffs seek unpaid wages, overtime, liquidated damages, attorneys' fees, and costs under 29 U.S.C. § 216(b).

5

COUNT II - TVPRA CIVIL REMEDY, 18 U.S.C. §§ 1589 AND 1595

29. Plaintiffs reallege and incorporate paragraphs 1 through 28 as if fully stated herein and allege that Defendant obtained and benefited financially from Plaintiffs' labor through coercive means, including abuse of vulnerability and dependency, serious harm or threats of serious harm, and/or abuse or threatened abuse of legal process. Plaintiffs seek compensatory damages, punitive damages, reasonable attorneys' fees, and costs under 18 U.S.C. § 1595.

COUNT III - FRAUD / FRAUDULENT INDUCEMENT (ALABAMA LAW)

30. Plaintiffs reallege and incorporate paragraphs 1 through 29 as if fully stated herein and allege that Defendant made material misrepresentations and/or suppressed material facts during recruitment and onboarding regarding wages, guaranteed hours, costs, housing conditions, transportation charges, and work conditions; Plaintiffs reasonably relied on those representations and omissions in deciding to incur costs, accept the job, and relocate to the United States; and Plaintiffs were damaged as a direct and proximate result. Plaintiffs seek compensatory damages and punitive damages as allowed by Alabama law.

COUNT IV - UNJUST ENRICHMENT (ALABAMA LAW)

31. Plaintiffs reallege and incorporate paragraphs 1 through 30 as if fully stated herein and allege that Defendant received benefits through excessive or inequitable housing and transportation charges and related deductions, under circumstances that make it unjust for Defendant to retain those benefits. Plaintiffs seek restitution and disgorgement of unjust benefits.

COUNT V - NEGLIGENCE AND/OR WANTONNESS (ALABAMA LAW)

32. Plaintiffs reallege and incorporate paragraphs 1 through 31 as if fully stated herein and allege that Defendant owed Plaintiffs a duty to provide reasonably safe working conditions, adequate training, and reasonable safeguards for hazards inherent in industrial laundry operations;

6

Defendant breached those duties and/or acted wantonly by failing to implement basic safety measures, resulting in injury risk and harm. Plaintiffs seek compensatory damages and, where applicable, punitive damages.

## VI. DAMAGES

33. Plaintiffs seek all recoverable damages, including unpaid wages, overtime, liquidated damages, compensatory damages, emotional distress damages where allowed, punitive damages where allowed, restitution/disgorgement, pre- and post-judgment interest, attorneys' fees, costs, and such other relief as the Court deems just and proper.

## VII. PRAYER FOR RELIEF

34. WHEREFORE, Plaintiffs request that the Court enter judgment in their favor and against Defendant awarding unpaid wages, overtime, liquidated damages, attorneys' fees, and costs under the FLSA.

35. Plaintiffs further request compensatory damages, punitive damages, attorneys' fees, and costs under the TVPRA, together with compensatory and punitive damages for fraud and for negligence and/or wantonness as allowed by Alabama law.

36. Plaintiffs further request restitution and disgorgement for unjust enrichment, pre- and post-judgment interest, costs, attorneys' fees where allowed, and all other relief to which Plaintiffs may be entitled.

## VIII. JURY DEMAND

37. Plaintiffs demand trial by jury on all issues so triable.

7

JURY DEMAND REQUESTED
DEFENDANT SERVED BY CERTIFIED MAIL

REMAINDER OF PAGE INTENIONALLY LEFT BLANK

8

Respectfully submitted this the ⟋ day of ⟋⟋ 2026

_____
Adriana Patricia Arias Jhonson
Plaintiff

STATE OF ALABAMA            )

COUNTY OF BALDWIN           )

On this the 25ᵗʰ day of ⟋⟋⟋, 2026, before me, a Notary Public for the State of Alabama, duly commissioned and sworn, personally appeared **Adriana Patricia Arias Jhonson**, known to me to be the person whose name is subscribed to the within instrument, and acknowledged that she executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

_____
Notary Public
My Comm. Expires 4/29/2028

_____
Angelica Maria Henao Buitrago
Plaintiff

STATE OF ALABAMA            )

COUNTY OF BALDWIN           )

On this the 25ᵗʰ day of ⟋⟋⟋, 2026, before me, a Notary Public for the State of Alabama, duly commissioned and sworn, personally appeared **Angelica Maria Henao Buitrago** known to me to be the person whose name is subscribed to the within instrument, and acknowledged that she executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

_____

9

Notary Public
My Comm. Expires ___4/ 25/ 2028___


*Naira Caña*
**Naira Yohana CaÑa Santiago**
Plaintiff

**STATE OF ALABAMA**          )

**COUNTY OF BALDWIN**          )

On this the __25th__ day of __April_____. 2026, before me, a
Notary Public for the State of Alabama, duly commissioned and sworn, personally appeared
**Naira Yohana CaÑa Santiago,** known to me to be the person whose name is subscribed to the
within instrument, and acknowledged that she executed the same.

**IN WITNESS WHEREOF,** I have hereunto set my hand and affixed my official seal the
day and year in this certificate first above written.

Notary Public
My Comm. Expires___4/ 25/ 2028___


**Laura Vanessa Giraldo Parra**
**Plaintiff**

**STATE OF ALABAMA**          )

**COUNTY OF BALDWIN**          )

On this the __25th__ day of __April_____, 2026, before me, a
Notary Public for the State of Alabama, duly commissioned and sworn, personally appeared
**Laura Vanessa Giraldo Parra,** known to me to be the person whose name is subscribed to the
within instrument, and acknowledged that she executed the same.

**IN WITNESS WHEREOF,** I have hereunto set my hand and affixed my official seal the
day and year in this certificate first above written.

10

_(signature)_
Notary Public
My Comm. Expires 4/ 23/ 2026

_(signature)_
**Angie Daniela Gomez Oviedo**
Plaintiff

**STATE OF ALABAMA**                )

**COUNTY OF BALDWIN**            )

On this the _25th_ day of _April_ _____, 2026, before me, a Notary Public for the State of Alabama, duly commissioned and sworn, personally appeared **Angie Daniela Gomez Oviedo** , known to me to be the person whose name is subscribed to the within instrument, and acknowledged that she executed the same.

**IN WITNESS WHEREOF,** I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

_(signature)_
Notary Public
My Comm. Expires 4/ 25/ 2026

_(signature)_
**Emanuel Santiago Gamboa Pineda**
Plaintiff

**STATE OF ALABAMA**

**COUNTY OF BALDWIN**            )

On this the _26th_ day of _April_ _____, 2026, before me, a Notary Public for the State of Alabama, duly commissioned and sworn, personally appeared **Emanuel Santiago Gamboa Pineda** , known to me to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same.

**IN WITNESS WHEREOF,** I have hereunto set my hand and affixed my official seal the · day and year in this certificate first above written.

11

_____
Notary Public
My Comm. Expires _4/ 25/ 2026_

_____
Adriana Lopez Espinosa
Plaintiff

STATE OF ALABAMA            )

COUNTY OF BALDWIN           )

On this the __2rd__ day of __April__, 2026, before me, a Notary Public for the State of Alabama, duly commissioned and sworn, personally appeared **Adriana Lopez Espinosa**, known to me to be the person whose name is subscribed to the within instrument, and acknowledged that she executed the same.

**IN WITNESS WHEREOF,** I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

_____
Notary Public
My Comm. Expires _4/ 25/ 2028_

_____
Lady Paola Reyes Rodriguez
Plaintiff

STATE OF ALABAMA            )

COUNTY OF BALDWIN           )

On this the __25th__ day of __April__, 2026, before me, a Notary Public for the State of Alabama, duly commissioned and sworn, personally appeared **Lady Paola Reyes Rodriguez**, known to me to be the person whose name is subscribed to the within instrument, and acknowledged that she executed the same.

**IN WITNESS WHEREOF,** I have hereunto set my hand and affixed my official seal the

12

day and year in this certificate first above written.

_____
Notary Public
My Comm. Expires 4/ 31/ 2028

_____
Angelica Maria Cardona Cardona
Plaintiff

STATE OF ALABAMA            )

COUNTY OF BALDWIN           )

On this the 25th day of April, 2026, before me, a Notary Public for the State of Alabama, duly commissioned and sworn, personally appeared **Angelica Maria Cardona** known to me to be the person whose name is subscribed to the within instrument, and acknowledged that she executed the same.

**IN WITNESS WHEREOF,** I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

_____
Notary Public
My Comm. Expires 5/22/ 2028

13

**Daphne Yohana Pineda**
Plaintiff

STATE OF ALABAMA)

COUNTY OF LOS BALDWIN)

On this the _25th_ day of _April_ _____ 2026, before me, a Notary Public for the State of Alabama, duly commissioned and sworn, personally appeared **Daphne Yohana Pineda**, known to me to be the person whose name is subscribed to the within instrument, and acknowledged that she executed the same.

**IN WITNESS WHEREOF,** I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

Notary Public
My Comm. Expires _4/ 1/ 2028_

14

# DECLARACIÓN JURADA DE DAPNE YOHANA PINEDA

*(Para firmar frente a un Notario Público)*

ESTADO DE **Alabama** )

CONDADO DE **Baldwin** )

Yo, Dapne Yohana Pineda, debidamente juramentado(a), declaro bajo juramento lo siguiente:

## 1. IDENTIFICACIÓN DEL DECLARANTE

| Nombre completo | Dapne Yohana Pineda |
|---|---|
| Fecha de nacimiento | |
| Nacionalidad | Colombiana |
| Pasaporte No. / País emisor | |
| Cédula / No. personal | |
| Dirección actual | |
| Teléfono / correo electrónico | |

## 2. EMPLEADOR, TRABAJO, VIVIENDA, TRANSPORTE Y PAGOS

| Empleador | By the Sea Resorts, Inc., d/b/a Surfside Commercial Laundry |
|---|---|
| Lugar de trabajo | 940 N. Poplar Street, Foley, Alabama 36535 |
| Cargo/posición | Trabajador(a) de lavandería industrial |
| Fecha de inicio aproximada | 04/08/2025 aprox. |
| Horario/turno típico | Turno nocturno; luego turnos extendidos |
| Pago y condiciones prometidas | $13.01 por hora aprox.; 35 horas semanales; vivienda; transporte; ayuda para segundo empleo |
| Pago recibido / situación | Pagos reducidos por deducciones; información exacta pendiente |
| Vivienda asignada | 400 Park Place / Park Place at Foley, Apto. 1007 |
| Personas en el apartamento | 6 personas aprox. |
| Cobro semanal vivienda | $140 semanales por persona |
| Transporte cobrado/reportado | Hasta $12 diarios ($6 por trayecto); luego alrededor de $10 diarios; se había prometido costo menor |
| Acceso a talones de pago / app | No transparente o pendiente de confirmar |

## 3. OBJETO DE ESTA DECLARACIÓN

Presento esta declaración jurada para documentar mi experiencia relacionada con el reclutamiento, viaje, vivienda, transporte, pagos, deducciones, condiciones laborales, seguridad, incidentes médicos y demás hechos relacionados con Surfside Commercial Laundry y By the Sea Resorts, Inc.

Powered by CamScanner



## 4. HECHOS COLECTIVOS INCORPORADOS

Fui reclutado(a) en Colombia para trabajar temporalmente en Estados Unidos bajo visa H-2B para Surfside Commercial Laundry / By the Sea Resorts, Inc. Durante el reclutamiento se ofrecieron condiciones que incluían salario aproximado de $13.01 por hora, 35 horas semanales, vivienda, transporte y apoyo para conseguir un segundo empleo o capacitación para aumentar ingresos.

El reclutamiento fue coordinado o presentado por José Gallego, Kendall Tidmore y Elizabeth Orrego, entre otras personas. También se informó que una señora llamada Senegal Adekar y un señor llamado Michael Akridge fueron enviados o participaron para tomar datos con la supuesta finalidad de ayudar a ubicar a trabajadores en otros empleos. Esa promesa de segundo empleo no se cumplió de forma efectiva.

Al llegar al aeropuerto de Miami, el bus que supuestamente debía recogernos no llegó después de varias horas de espera. Finalmente nos enviaron o transportaron en Uber por grupos hacia un hotel en Miami. Al día siguiente fuimos recogidos por un bus para el traslado hacia Foley, Alabama.

Durante el viaje de Miami hacia Foley, Alabama, el bus sufrió un accidente de tránsito. Varias personas sufrieron golpes o afectaciones físicas y emocionales. La empresa no se apersonó adecuadamente de la situación, no nos dio acompañamiento suficiente ni garantizó revisión médica adecuada para todos.

Al llegar a Foley, las viviendas en 400 Park Place / Park Place at Foley no estaban debidamente dotadas. Faltaban utensilios de cocina, sábanas, almohadas, toallas y otros artículos básicos. En varios apartamentos hubo hacinamiento, incluyendo apartamentos con 6 personas o hasta aproximadamente 11 personas.

El transporte al trabajo fue diferente a lo prometido. Se había indicado un costo aproximado de $5, pero posteriormente se cobraron cantidades superiores, incluyendo hasta $12 diarios ($6 por trayecto) y luego aproximadamente $10 diarios. Esto generó dependencia económica y logística para poder llegar al trabajo.

Las condiciones de trabajo incluyeron largas jornadas, calor excesivo, trabajo de pie, máquinas peligrosas, falta de capacitación adecuada, falta de descansos suficientes, falta de claridad en pagos y deducciones, y trato intimidante o deshumanizado hacia trabajadores colombianos.

El 16 de mayo de 2025, Angie Daniela Gómez Oviedo sufrió un desmayo en la lavandería. Sus compañeros tuvieron que auxiliarla y llevarla por sus propios medios en Uber a recibir atención médica. Según el relato recibido, el médico indicó deshidratación o un cuadro compatible con golpe de calor por las altas temperaturas en la empresa, y la empresa no se apersonó adecuadamente de esa situación.

## 5. RELATO INDIVIDUAL DEL DECLARANTE

Soy madre de Emanuel Santiago. Presento declaración para dejar constancia de lo ocurrido durante el proceso de reclutamiento, viaje, vivienda, transporte, pagos y condiciones laborales con Surfside Commercial Laundry.

Fui reclutada en Colombia y se me indicó que la vivienda costaría $140 semanales, el transporte tendría costo de $5 y que se nos brindaría capacitación o ayuda para acceder a un segundo trabajo.

Al llegar a Miami nadie nos recogió. Estuvimos por horas en el aeropuerto hasta que finalmente nos enviaron en Uber a un hotel. Al día siguiente viajamos en bus hacia Alabama y sufrimos accidente durante el trayecto, sin atención médica o acompañamiento adecuado.

## 6. LISTA DE HECHOS CLAVE

[X] Promesas del reclutamiento diferentes a la realidad

Descripción: 35 horas, vivienda, transporte, segundo empleo, capacitación y condiciones seguras no se cumplieron plenamente.

[X] Hacinamiento o condiciones inseguras de vivienda

Descripción: Apto. 1007; 6 personas aprox.; faltaron utensilios, ropa de cama y artículos básicos

[X] Transporte no confiable o más costoso

Descripción: Se reportaron cobros superiores a lo prometido, incluyendo hasta $12 diarios.

17





18

[X] Pago retrasado, pago bajo o deducciones no explicadas

Descripción: Pagos reducidos por deducciones; información exacta pendiente

[X] Condiciones inseguras de trabajo

Descripción: Calor, trabajo de pie, maquinaria, falta de capacitación, descansos insuficientes y falta de protocolo de seguridad.

[X] Lesión/incidente médico

Descripción: Completar detalles personales adicionales en Anexo A si aplica.

[X] Amenazas, represalias, intimidación o coerción

Descripción: Se reportó presión, intimidación, dependencia del empleo/vivienda/transporte y miedo a perder trabajo o estatus.

[X] Acoso laboral o trato deshumanizado

Descripción: Se reportó presión constante, prohibición de hablar/sentarse/usar celular/tomar descansos, o trato despectivo hacia colombianos, según aplique al declarante.

## 7. ANEXOS Y DOCUMENTOS DE APOYO

Adjunto o puedo adjuntar: [ ] Fotos  [ ] Videos  [ ] Registros de pago  [ ] Recibos de vivienda  [ ] Registros médicos  [ ] Mensajes/WhatsApp  [ ] Pasaporte/visa  [ ] Otros: _____

## ANEXO A - ADICIONES PERSONALES DEL DECLARANTE

*Instrucciones: El declarante puede agregar aquí hechos personales, fechas, nombres de supervisores, testigos, pagos exactos, lesiones, documentos o cualquier corrección antes de firmar. Puede escribir a mano o a máquina.*

El dia 18 de abril del año 2025, se me extravio mi pasaporte el cual lo tenia guardado en el apartamento, que la empresa Supside, nos tenia para vivir, el cual tuve que poner el denuncio ante las autoridades competentes, lo cual fue muy extraño ya que, por casualidad aparecio de nuevo mi pasaporte en el apartamento siempre tuve temor de habitar en dicho apartamento ya que habian personas encargadas del apartamento que tenian llaves y ingresaban cuando ellos querian un señor llamado Shanon

Iniciales del declarante: D Y P       Fecha: 01 / 22 / 2026

## 8. JURAMENTO Y FIRMA

19





20

Juro o afirmo bajo juramento que lo declarado en este documento, incluyendo cualquier Anexo A escrito por mí, es verdadero y correcto según mi leal saber y entender.

**FIRMA DEL DECLARANTE (firme frente al Notario Público):**

Firma _____

Nombre en letra de molde: _____

Fecha de firma: 09 / 22 / 2026

**CERTIFICACIÓN NOTARIAL / JURAT**

ESTADO DE Alabama          )

CONDADO DE Baldwin          )

Suscrito y juramentado o afirmado ante mí el día 23 de Abril _____, 2026, por _____, quien [ ] es conocido(a) personalmente por mí o [ ]

presentó identificación: _____

Firma del Notario Público: _____

Nombre del Notario en letra de molde: _____

Mi comisión vence: ____ / ____ / _____

Sello Notarial:

_____

_____

_____

REPÚBLICA DE COLOMBIA
NOTARÍA SETENTA Y TRES DEL
CÍRCULO DE BOGOTÁ D.C.
DILIGENCIA DE PRESENTACIÓN Y
RECONOCIMIENTO DE CONTENIDO

PINEDA DAPNE YOHANA

NOHORA IRENE GARZON CUBILLOS
NOTARÍA 73 (E) DEL CÍRCULO DE BOGOTÁ D.C.
RES-2026-009338-5 Del 22 De Abril De 2026

# CERTIFIED ENGLISH TRANSLATION

*Original Document: "Declaración Jurada de Dapne Yohana Pineda"*

*Source Language: Spanish | Target Language: English*

*Translator's Note: The format below follows the substance of the source document. Handwritten entries, signatures, seals, and stamps are translated or described in brackets where legible.*

[Original Page 1]

## AFFIDAVIT OF DAPNE YOHANA PINEDA

### (To be signed before a Notary Public)

STATE OF Alabama)

COUNTY OF Baldwin)

I, Dapne Yohana Pineda, duly sworn, declare under oath the following:

## 1. IDENTIFICATION OF THE DECLARANT

| Full name | Dapne Yohana Pineda |
|---|---|
| Date of birth | [redacted] |
| Nationality | Colombian |
| Passport No. / Issuing country | [redacted] Colombia |
| Citizenship card / Personal No. | [redacted] |
| Current address | Transve[redacted]mbia |
| Telephone / email | [redacted] |

## 2. EMPLOYER, WORK, HOUSING, TRANSPORTATION, AND PAYMENTS

| Employer | By the Sea Resorts, Inc., d/b/a Surfside Commercial Laundry |
|---|---|
| Workplace | 940 N. Poplar Street, Foley, Alabama 36535 |
| Position | Industrial laundry worker |
| Approximate start date | 04/08/2025 approx. |
| Typical schedule/shift | Night shift; later extended shifts |
| Promised pay and conditions | $13.01 per hour approx.; 35 hours weekly; housing; transportation; help to obtain a second job |
| Pay received / situation | Reduced payments due to deductions; exact information pending |
| Assigned housing | 400 Park Place / Park Place at Foley, Apt. 1007 |
| Persons in the apartment | 6 persons approx. |

22

| Weekly housing charge | $140 weekly per person |
|---|---|
| Transportation charged/reported | Up to $12 daily ($6 per trip); later approximately $10 daily; a lower cost had been promised |
| Access to pay stubs / app | Not transparent or pending confirmation |

## 3. PURPOSE OF THIS DECLARATION

I submit this affidavit to document my experience related to recruitment, travel, housing, transportation, payments, deductions, working conditions, safety, medical incidents, and other facts related to Surfside Commercial Laundry and By the Sea Resorts, Inc.

*[A notarial seal stamp appears on page. Initials signature marking appears near the bottom.]*

**[Original Page 2]**

*[Blank page/blank space. Stamp: "Notary Seventy-Three of the Circuit of Bogotá D.C. / BLANK SPACE."]*

**[Original Page 3]**

## 4. INCORPORATED COLLECTIVE FACTS

I was recruited in Colombia to work temporarily in the United States under an H-2B visa for Surfside Commercial Laundry / By the Sea Resorts, Inc. During recruitment, conditions were offered that included an approximate salary of $13.01 per hour, 35 weekly hours, housing, transportation, and support to obtain a second job or training to increase income.

The recruitment was coordinated or presented by José Gallego, Kendall Tidmore, and Elizabeth Orrego, among other persons. It was also reported that a woman named Senegal Adekar and a man named Michael Akridge were sent or participated to take data for the alleged purpose of helping place workers in other jobs. That promise of a second job was not effectively fulfilled.

Upon arriving at the Miami airport, the bus that supposedly was to pick us up did not arrive after several hours of waiting. Finally, they sent us or transported us by Uber, in groups, to a hotel in Miami. The next day, we were picked up by a bus for the transfer to Foley, Alabama.

During the trip from Miami to Foley, Alabama, the bus was involved in a traffic accident. Several persons suffered blows or physical and emotional effects. The company did not adequately appear to handle the situation, did not provide us with sufficient accompaniment, and did not ensure adequate medical review for everyone.

Upon arriving in Foley, the housing at 400 Park Place / Park Place at Foley was not properly equipped. Kitchen utensils, sheets, pillows, towels, and other basic items were missing. There was overcrowding in several apartments, including apartments with 6 persons or up to approximately 11 persons.

Transportation to work was different from what had been promised. An approximate cost of $5 had been indicated, but later higher amounts were charged, including up to $12 daily ($6 per trip) and later approximately $10 daily. This created economic and logistical dependency in order to get to work.

The working conditions included long workdays, excessive heat, standing work, dangerous machinery, lack of adequate training, lack of sufficient breaks, lack of clarity in payments and deductions, and intimidating or dehumanizing treatment toward Colombian workers.

On May 16, 2025, Angie Daniela Gómez Oviedo fainted in the laundry. Her co-workers had to assist her and take her by their own means in an Uber to receive medical attention. According to the report
3

23

received, the doctor indicated dehydration or a condition compatible with heat stroke due to the high temperatures in the company, and the company did not adequately appear to address that situation.

## 5. INDIVIDUAL ACCOUNT OF THE DECLARANT

I am the mother of Emanuel Santiago. I submit this declaration to record what occurred during the recruitment process, travel, housing, transportation, payments, and working conditions with Surfside Commercial Laundry.

I was recruited in Colombia and was told that housing would cost $140 weekly, transportation would cost $5, and that we would be provided training or help to obtain a second job.

Upon arriving in Miami, no one picked us up. We spent hours at the airport until we were finally sent in an Uber to a hotel. The next day we traveled on a bus to Alabama and suffered an accident during the trip, without medical attention or adequate accompaniment

## 6. LIST OF KEY FACTS

### [X] Recruitment promises different from reality

Description: 35 hours, housing, transportation, second job, training, and safe conditions were not fully fulfilled.

### [X] Overcrowding or unsafe housing conditions

Description: Apt. 1007; approximately 6 persons; utensils, bedding, and basic items were missing.

### [X] Unreliable or more costly transportation

Description: Charges higher than promised were reported, including up to $12 daily.

*[Notarial seal/stamp and marking appear on the page.]*

### [Original Page 4]

*[Blank page/blank space. Stamps: "Notary Seventy-Three of the Circuit of Bogotá D.C. / BLANK SPACE."]*

### [Original Page 5]

### [X] Late payment, low payment, or unexplained deductions

Description: Reduced payments due to deductions; exact information pending.

### [X] Unsafe working conditions

Description: Heat, standing work, machinery, lack of training, insufficient breaks, and lack of safety protocol.

### [X] Injury/medical incident

Description: Complete additional personal details in Annex A if applicable.

### [X] Threats, retaliation, intimidation, or coercion

Description: Pressure, intimidation, dependence on employment/housing/transportation, and fear of losing work or status were reported.

### [X] Workplace harassment or dehumanizing treatment

Description: Constant pressure, prohibition on talking/sitting/using a cell phone/taking breaks, or disrespectful treatment toward Colombians was reported, as applicable to the declarant.

## 7. ANNEXES AND SUPPORTING DOCUMENTS

I attach or may attach: [ ] Photos [ ] Videos [ ] Pay records [ ] Housing receipts [ ] Medical records [ ] Messages/WhatsApp [ ] Passport/visa [ ] Others: _____

24

## ANNEX A - PERSONAL ADDITIONS OF THE DECLARANT

*Instructions: The declarant may add here personal facts, dates, names of supervisors, witnesses, exact payments, injuries, documents, or any correction before signing. The declarant may write by hand or by typing.*

[Handwritten text:]

On April 18, 2025, my passport, which I had kept in the apartment where the company Surfside had us living, went missing, for which I had to file a report with the competent authorities. This was very strange because, by chance, my passport appeared again in the apartment. I was always afraid to live in that apartment because there were persons in charge of the apartment who had keys and entered whenever they wanted, including a man ⌷⌷⌷⌷ Stefan

Declarant's initials: DYP

Date: 04/22/2026

## 8. OATH AND SIGNATURE

*[Notarial seal/stamp and signature marking appear on the page.]*

[Original Page 6]

*[Blank page/blank space. Stamps: "Notary Seventy-Three of the Circuit of Bogotá D.C. / BLANK SPACE."]*

[Original Page 7]

I swear or affirm under oath that what is stated in this document, including any Annex A written by me, is true and correct according to my best knowledge and belief.

SIGNATURE OF DECLARANT (sign before Notary Public):

Signature: [signature appears]

Printed name: [blank]

Date of signature: 04/22/2026

## NOTARIAL CERTIFICATION / JURAT

STATE OF Alabama)

COUNTY OF Baldwin)

Subscribed and sworn to or affirmed before me on the 25th day of April, 2026, by
_____, who [ ] is personally known to me or [ ] presented identification:
_____.

Notary Public Signature: _____

Printed name of Notary: _____

My commission expires: ____ / ____ / _____

Notarial Seal:

---

*[A Colombian notarial certification/recognition sticker appears on the page. Translation follows.]*
**REPUBLIC OF COLOMBIA**
NOTARY SEVENTY-THREE OF THE CIRCUIT OF BOGOTÁ D.C.

PROCEEDING FOR PRESENTATION AND ACKNOWLEDGMENT OF CONTENT

Biometric Verification - Decree-Law 019 of 2012

This Notary Office certifies that this document was personally presented by:

PINEDA DAPNE YOHANA

Who exhibited C.C. 52528327 and declared that the signature appearing on this document is hers and that the contents of the same are true. The appearing person requested and authorized the processing of her personal data to verify her identity by comparing her fingerprints and biographical data against the database of the National Civil Registry. Visit www.notariaenlinea.com to verify this document.

In Bogotá D.C., 2026-05-25 09:34:39

[Signature]

NOHORA IRENE GARZÓN CUBILLOS

NOTARY 73 (E) OF THE CIRCUIT OF BOGOTÁ D.C.

RES-2026-009338-6 OF APRIL 22, 2026

*[Seal: Republic of Colombia / Nohora Irene Garzón Cubillos / Acting Notary / Notary Seventy-Three.]*

25

# CERTIFICATE OF TRANSLATION

I, Gilberto Sánchez, certify that I am competent to translate from Spanish into English, and that the attached English translation of the Spanish-language document titled "Declaración Jurada de Dapne Yohana Pineda" is a true and accurate translation to the best of my knowledge and ability.

The translated document consists of an affidavit/declaration and notarial markings, including typed and handwritten portions visible in the scanned copy. Signatures, stamps, seals, and blank-space stamps are described in brackets where applicable.

Translator Signature: _____

Printed Name: Gilberto Sánchez

Date: 5-19-2026

## NOTARY PUBLIC JURAT FOR TRANSLATOR

STATE OF ALABAMA

COUNTY OF Elmore

Subscribed and sworn to, or affirmed, before me on this 19th day of May 2026, by Gilberto Sánchez, who is personally known to me or who produced satisfactory identification.

Notary Public Signature: Crystal Waites

Printed Name of Notary Public: Crystal Waites

My Commission Expires: _____

Notary Seal:

CRYSTAL WAITES
My Commission Expires
November 1, 2026

26

RESPECTFULLY SUBMITTED this the 28th day of May, 2026.

/s/ Jim L. DeBardelaben

Jim L. DeBardelaben, Attorney at Law

Alabama State Bar No. 4800A40J

Attorney for Plaintiffs

**Physical Address:**

4354 U.S. Hwy 231, Ste. 40

Wetumpka, Alabama 36092

**Mailing Address:**

P.O. Box 1136

Wetumpka, Alabama 36092

Phone: (334) 265-9206

Email: jim@jimdebardlaw.com

27

# CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of May, 2026, I filed the foregoing Complaint and Jury Demand with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all counsel of record who are registered CM/ECF participants (if any).

I further certify that the clerk of the Court will serve a true and correct copy of the foregoing via certified mail, postage prepaid, properly addressed, to:

**By the Sea Resorts, Inc.**

d/b/a Surfside Commercial Laundry

**Corporate Office:**

170 Griffin Blvd.

Panama City Beach, FL 32413

Alabama Secretary of State
600 Dexter Ave S 105
Montgomery Al 36130

*Isl* Jim L.

DeBardelaben Jim L.

DeBardelaben

Alabama State Bar No. 4800A40J